IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WAYNE HUNT,

      Plaintiff,

      v.                                               CASE NO. 23-3204-JWL

CORE CIVIC REBRANDS,
Correction Corporation of America,

      Defendant.

## MEMORANDUM AND ORDER

This matter is a civil rights action filed under 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Plaintiff proceeds *pro se* and *in forma pauperis*. Plaintiff was previously detained at CoreCivic Leavenworth Detention Center in Leavenworth, Kansas ("CoreCivic"). Plaintiff brings a claim for deliberate indifference to his serious medical needs after he fell and sustained injury at CoreCivic.

The Court entered a memorandum and order to show cause ("MOSC") (Doc. 6) directing Plaintiff to show cause by October 18, 2023, why this matter should not be dismissed due to the deficiencies set forth. Upon Plaintiff's motion, the deadline was extended to November 1, 2023.

Plaintiff has filed a Response (Doc. 9) to the MOSC. Plaintiff states that he agrees with the MOSC that a *Bivens* remedy is not available to a prisoner seeking damages from the employees of a private prison for violation of the prisoner's Eighth Amendment rights. *See Minneci v. Pollard*, 565 U.S. 118, 120–21 (2012) (refusing to imply the existence of a *Bivens* action where state tort law authorizes alternate action providing deterrence and compensation); *see also Corr. Servs. Corp. v. Malesko*, 534 U.S. 61, 71–73 (2001) (holding that *Bivens* action does not lie against

a private corporation operating a halfway house under contract with the Bureau of Prisons). He further states that he plans to file an action in state court for negligence or other misconduct.

Consequently, for the reasons explained in the MOSC, Plaintiff's complaint is dismissed under 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted.

**IT IS THEREFORE ORDERED** that this action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

DATED: This 8th day of November, 2023, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE